No. 166, Misc. JORDAN *v.* NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold* for respondent United States.

No. 168, Misc. LEYVA *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 170, Misc. HENRY *v.* WEAVER, PAROLE ADMINISTRATOR. C. A. 9th Cir. Certiorari denied.

No. 171, Misc. LUSK *v.* STRICKLAND ET AL. C. A. 7th Cir. Certiorari denied. *Howard W. Campbell* for respondents Strickland et al.

No. 172, Misc. BURNS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 173, Misc. WILSON *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 174, Misc. WRIGHT *v.* PERINI, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 175, Misc. STOCKMAN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 176, Misc. BAKER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Patrick J. Hughes, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 179, Misc. RAMOS *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.